IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN CARSON, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL CASE NO. 3:17-CV-3353-S-BK |
| § | |
| OCWEN LOAN SERVICING LLC AND § | |
| BANK OF NEW YORK MELLON, § | |
| DEFENDANTS. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendants' *Motion for Summary Judgment* is **GRANTED**, and this case is **DISMISSED**.

SIGNED this 15th day of January, 2019.

UNITED STATES DISTRICT JUDGE